DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL ERNEST THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1864

_____

August 30, 2024

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.